TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00327-CR







In re Perry Wiley







FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT


NO. 26,278, HONORABLE JOE CARROLL, JUDGE PRESIDING






O R D E R


PER CURIAM

Perry Wiley's pro se motion for rehearing is granted. The opinion and judgment
dated October 2, 2003, are withdrawn. Wiley is ordered to tender a pro se brief or other written
response to counsel's frivolous appeal brief no later than December 12, 2003. No further extension
of time will be granted.

It is ordered November 6, 2003.


Before Chief Justice Law, Justices B. A. Smith and Patterson

Do Not Publish